# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| BENNY POWELL,<br>      Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 5:09-CV-290-D**<br>)<br>)<br>) |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the court is satisfied that there is no clear error on the face of the record. Plaintiffs motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner as set forth in the Memorandum and Recommendations.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 5, 2010** WITH A COPY TO:

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>August 5, 2010</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br><u>/s/Debby Sawyer          </u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |